UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY STEVENS, | ) | 3:14-CV-0341-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 19, 2015 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion to extend prison copywork limit by the amount of $100.00 (#13).  In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case.  Defendants filed a limited opposition (#17) to the motion requesting that plaintiff's copywork limit be increased by $18.00 only which will afford plaintiff 180 copies at 10¢ per page.  Plaintiff filed a reply (#18) accepting the defendants' copywork limit of an additional $18.00.

Plaintiff's motion (#13) is **GRANTED in part**.  The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $18.00.  The additional $18.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.  The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit by more than $18.00 under any circumstance.  This order will permit plaintiff to make copies in excess of his copywork limit solely under this case number.

The Clerk shall mail a copy of this order to the Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk