UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY STEVENS, | ) | 3:14-CV-0341-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 23, 2015 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion requesting issuance of summons (#10) is **DENIED as moot**. The Office of the Attorney General has accepted service on behalf of all defendants except James Cox who was dismissed pursuant to the court's screening order (#3).

    **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                                Deputy Clerk