UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| COUNTRY STEVENS, | ) | 3:14-CV-0341-MMD (VPC) |
|---|---|---|
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 6, 2015 |
| LISA WALSH, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for judicial notice and correction (#19) which is construed by the court as a motion for clarification of the court's screening order (#4).  Defendants responded to the motion (#19), and plaintiff replied (#27).

Plaintiff's motion to clarify the court's screening order (#4) is **GRANTED in part,** and the screening order (#4) is hereby clarified on page five, lines 17-18 to read that "Plaintiff's cell at LCC was only -12˚F and Plaintiff only had socks and shower shoes."

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
        Deputy Clerk