## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| COUNTRY STEVENS, | ) | 3:14-CV-0341-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2015 |
| | ) | |
| LISA WALSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Plaintiff filed a motion to extend copywork funds by the amount of $25.90 which remains on his account from another case that settled (Case No. 3:12-CV-0558-MMD-WGC) (#61). Defendants filed a response stating they do not oppose any funds already credited to plaintiff's account in case no. 3:12-CV-0558 that remain unused being used for copwork in this case (#62).

      Therefore, plaintiff's motion to extend copywork funds in this case by the amount of $25.90 which was previously credited to his account for use in case no. 3:12-CV-0558 (#61) is **GRANTED.**  No further extensions of plaintiff's copywork credit will be granted.  Plaintiff is cautioned to carefully limit the number of copies he intends to make in this case.

      **IT IS SO ORDERED.**

                        LANCE S. WILSON, CLERK

                        By:          /s/
                              Deputy Clerk